```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


PET360, INC., f/k/a            :       CIVIL ACTION
PETFOODDIRECT, INC.            :
                               :
         v.                    :
                               :
KIM SCHINNERER, et al.         :       NO. 11-5974
```

ORDER

AND NOW, this 6th day of June, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendants Kim Schinnerer and Delphinus Felix, LLC, to dismiss the complaint for lack of subject-matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure is DENIED.

```
                         BY THE COURT:


                         /s/ Harvey Bartle III
                                                 J.
```